IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-470-07





ARTHUR LEE WILLIAMS, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE NINTH COURT OF APPEALS

MONTGOMERY COUNTY





Per curiam. KEASLER and HERVEY, JJ., dissent.


ORDER

 The petition for discretionary review violates Rule of Appellate Procedure 68.5
because the grounds and reasons for review are longer than 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition may be filed in the
Court of Criminal Appeals within thirty days after the date of this order.

En banc

Delivered: August 22, 2007.

Do Not Publish